UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TRINIDAD MARTINEZ,<br>Defendant. | Case No. 18-cr-00047-BLF-2 (SVK)<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR DISCLOSURE OF PRETRIAL DOCUMENTS**<br><br>Re: Dkt. No. 90 |

On March 5, 2020, Defendant filed a motion for disclosure of pretrial documents from U.S. Pretrial Services. Dkts. 90, 90-2. In support of his motion, Defendant represents that the Government does not oppose the motion. Dkt. 90-1 ¶ 8. Accordingly, the Court **ORDERS** as follows:

The Government must file either a statement of non-opposition as soon as practicable but no later than **March 20, 2020**, or an opposition to Defendant's motion by **March 20, 2020**. If the Government elects to file an opposition, Defendant's reply shall be due by **April 8, 2020**. The Court will inform the parties if it desires oral argument on the issues presented.

**SO ORDERED.**

Dated: March 10, 2020

*Susan van Keulen*

SUSAN VAN KEULEN
United States Magistrate Judge