UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>TRINIDAD MARTINEZ,<br><br>      Defendant. | Case No.  18-cr-00047-BLF-2 (SVK)<br><br>**ORDER REGARDING DEFENDANT'S MOTION FOR DISCLOSURE OF PRETRIAL SERVICES RECORDS**<br><br>Re: Dkt. No. 90 |

Defendant filed the instant motion for disclosure of his Pretrial Services records on March 5, 2020.  Dkt. 90.  The Government filed its response on March 20, 2020 and asked the Court to deny the motion as moot in light of Pretrial Services' disclosure of a summary Defendant's records and the promise of an additional set of documents.  Dkt. 94.  To date, Defendant has not filed a reply.  His sentencing has been continued to late July 2020.  Dkt. 99.

Accordingly, the Court **ORDERS** Defendant to file a status report by **April 22, 2020**, identifying whether he considers the matter fully briefed and ready for disposition.

**SO ORDERED.**

Dated: April 16, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge